Jay R. Henneberry (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, California  90071
Telephone:   (213) 892-1000
Facsimile:    (213) 892-2045

Peter Bucci *(Admitted Pro Hac Vice)*
pbucci@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York  10112
Telephone:   (212) 408-5100
Facsimile:    (212) 541-5369

Attorneys for Plaintiff
Discus Dental, LLC

David W. Tufts (State Bar No. 180817)
dtufts@djplaw.com
DURHAM JONES & PINEGAR, P.C.
111 E. Broadway, Suite 900
Salt Lake City, Utah  84110-4050
Telephone:   (801) 415-3000
Facsimile:    (801) 415-3500

Attorneys for Defendant
BSML, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISCUS DENTAL, LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>BSML, INC.,<br><br>           Defendant. | Case No. CV09-4403 GW CWx<br><br><br><br><br><br>**PROTECTIVE ORDER** |
| BSML, INC.,<br><br>           Counterclaim<br>           Plaintiff,<br><br>    v.<br><br>DISCUS DENTAL, LLC,<br><br>           Counterclaim<br>           Defendant. | |

**CHADBOURNE & PARKE LLP**
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

NY2 - 532999.01

1      Pursuant to the stipulation for entry of a protective order governing disclosure of

2  confidential and/or proprietary information, and for good cause shown,

3      IT IS ORDERED that the parties' stipulation is approved and shall be the Order of

4  the Court.  The terms of the parties' stipulation are incorporated herein.

5



6  DATED: February 12, 2010    _____

7                              Hon. Carla M. Woehrle
                              United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CHADBOURNE & PARKE LLP**
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

[PROPOSED] PROTECTIVE ORDER

NY2 - 532999.01