JAY R. HENNEBERRY (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, California 90071
Telephone: (213) 892-1000
Facsimile: (213) 892-2045

Attorneys for Plaintiff/Counterclaim Defendant
Discus Dental, LLC

DAVID W. TUFTS (State Bar No. 180817)
dtufts@djplaw.com
DURHAM JONES & PINEGAR, P.C.
111 E. Broadway, Suite 900
Salt Lake City, Utah 84110-4050
Telephone: (801) 415-3000
Facsimile: (801) 415-3500

Attorneys for Defendant/Counterclaim Plaintiff
BSML, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISCUS DENTAL, LLC,<br><br>           Plaintiff,<br>    v.<br>BSML, INC.,<br><br>           Defendant.<br>────────────────────<br>BSML, INC.,<br><br>           Counterclaim Plaintiff,<br>    v.<br>DISCUS DENTAL, LLC,<br><br>           Counterclaim Defendant. | Case No. CV09-4403 GW CWx<br><br>**JOINT REPORT ON STATUS OF BANKRUPTCY ACTION AND REQUEST AND [PROPOSED] ORDER FOR CONTINUANCE OF DECEMBER 16, 2010 HEARING**<br><br>Date:    December 16, 2010<br>Time:   8:30 a.m.<br>Judge:  Hon. George H. Wu<br>Place:  Courtroom 10 |

JOINT REPORT AND [PROPOSED] ORDER

CPAM: 3411496.1

1. On April 26, 2010, this Court 1) stayed this action in its entirety pending action by the United States Bankruptcy Court for the Southern District of Florida in Case No. 10-19119-PGN, a case which resulted from an Involuntary Petition for Bankruptcy being filed under Chapter 7 against the Defendant and Counterclaimant in this action, BSML, Inc. ("BSML") and 2) ordered the parties to file a report on the status of that bankruptcy proceeding with this Court by December 13, 2010. The Court's April 26, 2010 order is attached hereto as Exhibit A.

2. The status of the pending bankruptcy proceeding is as follows. On November 19, 2010, the Trustee for the Debtor BSML filed a motion in that bankruptcy proceeding for approval of a settlement that had been reached between the Trustee, on behalf of BSML, and Discus Dental, LLC ("Discus"). Under that proposed settlement, the parties agreed, among other things, to terminate the license agreement between Discus and BSML which is the subject of this action, and to dismiss the action currently pending before this Court, including all counterclaims, with prejudice. The settlement provided that the parties' obligation to dismiss the instant action, including any counterclaims, would accrue after certain payments were made and the settlement was approved by the bankruptcy court and all appeal periods had run. A true and complete copy of the Trustee's November 19, 2010 motion is attached hereto as Exhibit B.

3. On December 10, 2010, the bankruptcy court granted the Trustee's November 19, 2010 motion. A true and complete copy of the bankruptcy court's December 10, 2010 order is attached hereto as Exhibit C.

4. It is Discus's understanding that under the applicable rules any appeal of the bankruptcy court's order must be filed by December 24, 2010. If the order is not appealed, the payments provided for under that order will be made and this action will be dismissed in its entirety with prejudice.

5. Accordingly, the parties respectfully request that the status conference in this action, currently scheduled for this Thursday, December 16, 2010, at 8:30 a.m.,

|   |   |   |
|---|---|---|
| 1 | be continued until sometime in the second half of January 2011, as the need for any | |
| 2 | such conference should soon be rendered moot by the dismissal of this action. | |

Dated: December 13, 2010              CHADBOURNE & PARKE LLP

                                      By:    /s/ Jay R. Henneberry
                                              Jay R. Henneberry

                                      Attorneys for Plaintiff/Counterclaim Defendant
                                      DISCUS DENTAL, LLC


Dated: December 13, 2010              DURHAM JONES & PINEGAR, P.C.

                                      By:  _____
                                              David W. Tufts

                                      Attorneys for Defendant/Counterclaim Plaintiff
                                      BSML, INC.


   Good cause having been shown, IT IS HEREBY ORDERED that the Status Conference in this matter, currently set for December 16, 2010, at 8:30 a.m., is continued to January __, 2011, at 8:30 a.m.


Dated: December __, 2010              _____
                                              United States District Judge