JAY R. HENNEBERRY (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, California 90071
Telephone: (213) 892-1000
Facsimile: (213) 892-2045

Attorneys for Plaintiff/Counterclaim Defendant
Discus Dental, LLC

DAVID W. TUFTS (State Bar No. 180817)
dtufts@djplaw.com
DURHAM JONES & PINEGAR, P.C.
111 E. Broadway, Suite 900
Salt Lake City, Utah 84110-4050
Telephone: (801) 415-3000
Facsimile: (801) 415-3500

Attorneys for Defendant/Counterclaim Plaintiff
BSML, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DISCUS DENTAL, LLC,<br><br>               Plaintiff,<br>   v.<br>BSML, INC.,<br><br>               Defendant.<br><br>BSML, INC.,<br><br>            Counterclaim Plaintiff,<br>   v.<br>DISCUS DENTAL, LLC,<br><br>            Counterclaim Defendant. | Case No. CV09-4403 GW CWx<br><br>**EXHIBITS A, B & C TO JOINT REPORT ON STATUS OF BANKRUPTCY ACTION AND REQUEST AND [PROPOSED] ORDER FOR CONTINUANCE OF DECEMBER 16, 2010 HEARING**<br><br>Date: December 16, 2010<br>Time: 8:30 a.m.<br>Judge: Hon. George H. Wu<br>Place: Courtroom 10 |

EXHIBITS A, B & C TO JOINT REPORT AND [PROPOSED] ORDER

CPAM: 3413248.1

| | |
|---|---|
| Dated: December 13, 2010 | CHADBOURNE & PARKE LLP |
| | By:    /s/ Jay R. Henneberry<br>        Jay R. Henneberry |
| | Attorneys for Plaintiff/Counterclaim Defendant DISCUS DENTAL, LLC |

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

2
EXHIBITS A, B & C TO JOINT REPORT AND [PROPOSED] ORDER

CPAM: 3413248.1