# EXHIBIT A

JAY R. HENNEBERRY (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, California 90071
Telephone: (213) 892-1000
Facsimile: (213) 892-2045

Peter Bucci (*Admitted Pro Hac Vice*)
pbucci@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

Attorneys for Plaintiff/Counterclaim Defendant
Discus Dental, LLC

David W. Tufts (State Bar No. 180817)
dtufts@djplaw.com
DURHAM JONES & PINEGAR, P.C.
111 E. Broadway, Suite 900
Salt Lake City, Utah 84110-4050
Telephone: (801) 415-3000
Facsimile: (801) 415-3500

Attorneys for Defendant/Counterclaim Plaintiff
BSML, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISCUS DENTAL, LLC,<br><br>              Plaintiff,<br>       v.<br>BSML, INC.,<br><br>              Defendant. | Case No. CV09-4403 GW CWx<br><br>**STIPULATION AND ORDER FOR A STAY OF ALL PROCEEDINGS PENDING RESOLUTION OF INVOLUNTARY BANKRUPTCY PETITION FILED AGAINST BSML, INC.** |

|   |   |
|---|---|
| BSML, INC., | |
| | Counterclaim Plaintiff, |
| v. | |
| DISCUS DENTAL, LLC, | |
| | Counterclaim Defendant. |

WHEREAS, on April 8, 2010, an Involuntary Petition for Bankruptcy under Chapter 7 of the Bankruptcy Code was filed in the United States Bankruptcy Court for the Southern District of Florida against Defendant/Counterclaim Plaintiff BSML, Inc. ("BSML") and assigned Case No. 10-19119-PGN;

WHEREAS, the filing of such Petition triggers an automatic stay of all proceedings on Plaintiff/Counterclaim Defendant Discus Dental, LLC's ("Discus Dental") claims against BSML in this action pursuant to 11 U.S.C. § 362(a);

WHEREAS, Discus Dental and BSML have conferred and agree that the claims made by Discus Dental and the counterclaims made by BSML in this action each involve the interpretation of the same License Agreement and the testimony of many of the same witnesses on both Discus Dental's claims and BSML's counterclaims;

WHEREAS, Discus Dental and BSML jointly submit that a stay of all proceeding in this action will conserve the resources of the Court and the parties by resolving the claims and counterclaims made in this action more efficiently in a single proceeding tried to the same jury;

THEREFORE, IT IS HEREBY STIPULATED by and between Discus Dental and BSML, subject to the consent of the Court, that:

1. All proceedings on Plaintiff/Counterclaim Defendant Discus Dental, LLC's claims against BSML in this action are stayed pending action by the United States Bankruptcy Court for the Southern District of Florida in Case No. 10-19119-PGN; and

2. All proceedings on Defendant/Counterclaim Plaintiff BSML, Inc.'s counterclaims against Discus Dental in this action are stayed pending action by the United States Bankruptcy for the Southern District of Florida in Case No. 10-19119-PGN.

Dated: April ___, 2010

CHADBOURNE & PARKE LLP

By: ___/s/ Jay R. Henneberry___
Jay R. Henneberry

Attorneys for Plaintiff/Counterclaim Defendant
DISCUS DENTAL, LLC

Dated: April ___, 2010

DURHAM JONES & PINEGAR, P.C.

By: _____
David W. Tufts

Attorneys for Defendant/Counterclaim Plaintiff
BSML, INC.

IT IS SO ORDERED, except that the Court sets a Status Conference for **December 16, 2010 at 8:30 a.m.** and the parties are to submit a report of no more than two pages as to the status of the bankruptcy by December 13, 2010.

April 26, 2010

_/s/ George H. Wu_
United States District Judge