JAY R. HENNEBERRY (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, California 90071
Telephone: (213) 892-1000
Facsimile: (213) 892-2045

Attorneys for Plaintiff/Counterclaim Defendant
Discus Dental, LLC

DAVID W. TUFTS (State Bar No. 180817)
dtufts@djplaw.com
DURHAM JONES & PINEGAR, P.C.
111 E. Broadway, Suite 900
Salt Lake City, Utah 84110-4050
Telephone: (801) 415-3000
Facsimile: (801) 415-3500

Attorneys for Defendant/Counterclaim Plaintiff
BSML, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISCUS DENTAL, LLC,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>BSML, INC.,<br><br>　　　　　　　Defendant.<br>——————————————<br>BSML, INC.,<br><br>　　　　　　　Counterclaim<br>　　　　　　　Plaintiff,<br>　　v.<br>DISCUS DENTAL, LLC,<br><br>　　　　　　　Counterclaim<br>　　　　　　　Defendant. | Case No. CV09-4403 GW CWx<br><br>**ORDER FOR CONTINUANCE OF DECEMBER 16, 2010 HEARING**<br><br>Date:　　December 16, 2010<br>Time:　　8:30 a.m.<br>Judge:　　Hon. George H. Wu<br>Place:　　Courtroom 10 |

JOINT REPORT AND [PROPOSED] ORDER

CPAM: 3411496.1

1  Good cause having been shown, IT IS HEREBY ORDERED that the Status
2  Conference in this matter, currently set for December 16, 2010, at 8:30 a.m., is
3  continued to **January 24, 2011, at 8:30 a.m.**

5  Dated: December 27, 2010       _____
                                    United States District Judge