JAY R. HENNEBERRY (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, California 90071
Telephone:   (213) 892-1000
Facsimile:   (213) 892-2045

Attorneys for Plaintiff/Counterclaim Defendant
Discus Dental, LLC

David W. Tufts (State Bar No. 180817)
dtufts@djplaw.com
DURHAM JONES & PINEGAR, P.C.
111 E. Broadway, Suite 900
Salt Lake City, Utah 84110-4050
Telephone:   (801) 415-3000
Facsimile:   (801) 415-3500

Attorneys for Defendant/Counterclaim Plaintiff
BSML, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISCUS DENTAL, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>BSML, INC.,<br><br>       Defendant. | Case No. CV09-4403 GW CWx<br><br><br><br>**STIPULATION OF DISMISSAL** |
| BSML, INC.,<br><br>       Counterclaim<br>       Plaintiff,<br><br>v.<br><br>DISCUS DENTAL, LLC,<br><br>       Counterclaim<br>       Defendant. | |

*(left margin, vertical)* CHADBOURNE & PARKE LLP / 350 South Grand Avenue, 32nd Floor / Los Angeles, CA 90071 (213) 892-1000

CPAM: 3477878.1

1    WHEREAS, on April 26, 2010, this Court 1) stayed this action in its entirety

2  pending action by the United States Bankruptcy Court for the Southern District of

3  Florida in Case No. 10-19119-PGN, a case which resulted from an Involuntary Petition

4  for Bankruptcy being filed against the Defendant and Counterclaimant in this action,

5  BSML, Inc., and 2) ordered the parties to file a report on the status of that bankruptcy

6  proceeding with this Court by December 13, 2010;

7    WHEREAS, on December 13, 2010, the parties filed a Joint Report on Status of

8  Bankruptcy Action and Request and [Proposed] Order for Continuance of December 16,

9  2010 Hearing ("Joint Report") (Docket Entry No. 48);

10    WHEREAS, on December 27, 2010, this Court entered an Order for

11  Continuance of December 16, 2010 Hearing to January 24, 2011 (Docket Entry No. 50);

12    WHEREAS, all conditions precedent to the consummation of the Settlement

13  between Trustee Michael R. Bakst and Discus Dental, LLC ("Settlement"), which was

14  approved by the Bankruptcy Court by order dated December 10, 2010 (Joint Report,

15  Exhibit C), have been satisfied;

16    WHEREAS, under the terms of the Settlement the parties agreed, among other

17  things, that the License Agreement, which is at issue in the action before this Court,

18  shall be deemed terminated as of the Bankruptcy Petition Date and shall be of no

19  further effect;

20    WHEREAS, under the terms of the Settlement the parties agreed further that

21  Plaintiff shall dismiss this action against the Debtor with prejudice; and

22    WHEREAS, under the terms of the Settlement the parties agreed further that

23  the Trustee shall, on behalf of Debtor, dismiss all counterclaims asserted by Debtor

24  in this action with prejudice and Debtor shall be deemed to have waived and

25  released any claims against Plaintiff in any way related to the License Agreement

26  whether or not raised in this action, except for claims arising from the Settlement;

27    NOW THEREFORE, pursuant to Federal Rule of Civil Procedure

28  41(a)(1)(A)(ii), Plaintiff and Defendant stipulate as follows:

STIPULATION OF DISMISSAL

CPAM: 3477878.1

1       1.     Plaintiff dismisses this action with prejudice;

2       2.     Defendant dismisses all counterclaims it asserted in this action with

3 prejudice;

4       3.     Defendant waives and releases any claims against Plaintiff in any

5 way related to the License Agreement at issue in this action whether or not raised

6 in this action; and

7       4.     Plaintiff and Defendant shall each bear their own costs and attorneys'

8 fees in this action.

9

10 Dated: January 18, 2011       CHADBOURNE & PARKE LLP

11

12              By:    /s/ Jay R. Henneberry
                          Jay R. Henneberry

13

14            Attorneys for Plaintiff/Counterclaim Defendant
             DISCUS DENTAL, LLC

15

16 Dated: January 18, 2011       MICHAEL R. BAKST, TRUSTEE

17

18                    Michael R. Bakst

19             PMB 702, 222 Lakeview Avenue
             Suite 160

20             West Palm Beach FL 33401
             Telephone: (561) 838-4539

21             Facsimile: (561) 514-3439

22             Trustee under Chapter 11 for BSML, INC.

23

24

25

26

27

28

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

3

CPAM: 3477878.1